IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCINE COLLETTE KEEN,**<br>Plaintiff,<br><br>v.<br><br>**NANCY A. BERRYHILL,**<br>**Acting Commissioner of Social Security Administration,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-1995 |

# O R D E R

**AND NOW**, this 13th day of July, 2018, upon consideration of Plaintiff's Request for Review, the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated April 26, 2018, Plaintiff's Objections to the Magistrate's Report and Recommendation, Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge, and the record in this case, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated April 26, 2018, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Magistrate's Report and Recommendation are **OVERRULED** for the reasons set forth in the Report and Recommendation in which the Objections were fully analyzed and which this Court has approved and adopted;

3. Plaintiff's Request for Review is **DENIED**; and,

4. The Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.